LEGAL SERVICES OF NORTHERN CALIFORNIA
Laurance Lee, State Bar No. 301482
Elise Stokes, State Bar No. 288211
Sarah Ropelato, State Bar No. 254848
515 12th Street
Sacramento, CA 95814
Telephone: (916) 551-2150
Facsimile: (916) 551-2196
E-mail: llee@lsnc.net

ACLU FOUNDATION OF NORTHERN CALIFORNIA, INC.
Abre' L. Conner State Bar No. 306024
Alan Schlosser, State Bar No. 049957
William S. Freeman, State Bar No. 82002
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: aconner@aclunc.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO REGIONAL COALITION TO END HOMELESSNESS, JAMES LEE CLARK, AND SACRAMENTO HOMELESS ORGANIZING COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO,<br><br>Defendants. | Case No.: 2:18-CV-00878-MCE-AC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO SUBMIT DISCOVERY PLAN**<br><br>Judge: Hon. Morrison England Jr.<br>Action Filed: April 10, 2018 |

# RECITALS

Whereas, Plaintiffs Sacramento Regional Coalition to End Homelessness ("SRCEH"), James Lee Clark, and Sacramento Homeless Organizing Committee ("SHOC") (collectively "Plaintiffs") filed a Complaint against the City of Sacramento ("City," and together with Plaintiffs, "the Parties"), on April 10, 2018; and

Whereas, Plaintiffs filed a Notice of Motion for Preliminary Injunction ("P.I. Motion") on April 27, 2018, and the City and Plaintiffs have filed their opposition and reply memoranda in connection with the P.I. Motion, respectively; and

Whereas, this Court has set a hearing regarding the P.I. Motion to take place on June 28, 2018; and

Whereas, pursuant to Fed. R. Civ. P. 26(f) and this Court's Initial Pretrial Scheduling Order dated April 11, 2018 (Dkt. 3), the Parties were required to meet and confer regarding a proposed discovery plan by June 11, 2018, and are required to submit a discovery plan to the Court by June 25, 2018, which is prior to the hearing regarding the P.I. Motion; and

Whereas, the Parties anticipate that their discovery needs may be substantially affected by any order issued by the Court on the P.I. Motion, such that it would promote efficiency for the Parties to meet and confer regarding discovery only after receiving such an order; and

Whereas, the Plaintiffs and Defendants met and conferred regarding a proposed discovery plan, as required, on June 11, 2018, and agreed to request that the Court extend the time for submitting a discovery plan until 21 days after issuance of an order by the Court regarding the P.I. Motion.

//
//
//
//

## STIPULATION

Therefore, the Parties stipulate and agree, and request that the Court order, as follows:

1. The time for the Parties to submit their discovery plan pursuant to Fed. R. Civ. P. 26(f) and this Court's Initial Pretrial Scheduling Order shall be 21 days after issuance by the Court of an order regarding the P.I. Motion.

Dated: June 18, 2018

By: /s/ Abre' Conner
Abre' Conner
Attorney for Plaintiff

By: /s/ Sean Richmond
Sean Richmond
Attorney for Defendant

## ORDER

Upon the stipulation of the Parties, and good cause appearing, IT IS SO ORDERED.

Dated: June 19, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE